1 CHRISTINE M. BOOZE
Nevada Bar No. 7610
2 JONATHAN L. POWELL
Nevada Bar No. 9153
3 WINNER BOOZE & ZARCONE
1117 South Rancho Drive
4 Las Vegas, Nevada 89102
Phone (702) 243-7000
5 Facsimile (702) 243-7059
cbooze@winnerfirm.com
6 jpowell@winnerfirm.com

7 *Attorneys for Defendants*

8 UNITED STATE DISTRICT COURT

9 DISTRICT OF NEVADA

| | |
|---|---|
| 10  RACHELLE RYERSON, an individual, | CASE NO.:  2:20-cv-02029-RFB-VCF |
| 11                    Plaintiffs, | |
| 12  vs. | |
| 13  EW-SN TRANSPORT, INC.; a New Jersey Corporation; RIMANTAS PETRAVICIUS, an individual; DOE EMPLOYEES I-V; DOE OWNERS I-V; ROE EMPLOYERS I-V; and ROE CORPORATIONS I-V, inclusive, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| 16                    Defendants. | |

18   IT IS HEREBY STIPULATED by and between Kimball Jones with the law firm
19 BIGHORN LAW attorney for the Plaintiff, RACHELLE RYERSON, and Christine M. Booze &
20 Jonathan L. Powell, with the law office WINNER BOOZE & ZARCONE attorneys for
21 Defendants, EW-SN TRANSPORT and RIMANTAS PETRAVICIUS, that the Plaintiff's
22 Complaint be dismissed with prejudice, and each party to bear their own interests, costs, and
23 attorney's fees.

24   IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced
25 matter.

26 / / /

27 / / /

28 / / /

Page 1 of 3

1365297.docx

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above referenced matter.

DATED this 15th day of September, 2021     DATED this 15th day of September, 2021

WINNER BOOZE & ZARCONE     BIGHORN LAW

_____     /s/ Kimball Jones
Christine M. Booze     Kimball Jones
Nevada Bar No. 7610     Nevada Bar No. 12982
Jonathan L. Powell     2225 E. Flamingo Road
Nevada Bar No. 9153     Building 2, Suite 300
1117 South Rancho Drive     Las Vegas, NV 89119
Las Vegas, Nevada 89102     *Attorney for Plaintiff*

**ORDER**

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own interests, costs, and attorney's fees;

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter; and

IT IS FURTHER ORDERED that no trial date has been scheduled in the above referenced matter.

DATED this  16th  day of  September  2021.

_____
RICHARD E. BOULWARE, II
United States District Court

*Submitted by:*

WINNER BOOZE & ZARCONE

_____
Christine M. Booze
Nevada Bar No. 7610
Jonathan L. Powell
Nevada Bar No. 9153
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Defendants*

*Case No.:  2:20-cv-02029-RFB-VCF*

**Amanda R. Hanson**

**From:** Autumn Humble <autumn@bighornlaw.com>
**Sent:** Wednesday, September 1, 2021 12:55 PM
**To:** Amanda R. Hanson <ahanson@winnerfirm.com>
**Cc:** John L. Powell <jpowell@winnerfirm.com>; David Finegold <david@bighornlaw.com>; RachelleRyersonMVALVDGZ5141109@projects.filevine.com; Leslie M. Darnell <ldarnell@winnerfirm.com>; Kimball Jones <kimball@bighornlaw.com>
**Subject:** Re: Rachelle Ryerson v. EW-SN Transport, Inc. - SAO to Dismiss

Hello Amanda,

Thank you for contacting us. I am awaiting the fully executed Affidavit from my client.

With regard to the SAO to Dismiss, after his review and on behalf of Mr. Kimball Jones, please affix his signature.

Thank you again!

 

**Autumn Humble**
Litigation Manager

Tel:    (702) 333-1111 Ext.040
Email:  autumn@bighornlaw.com
Web:    bighornlaw.com

   

This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please contact the sender(s) at (702) 333-1111 and delete all copies from your system. Please note that any opinions in this email are solely those of the author and do not necessarily represent those of Bighorn Law, and is not to be considered legal advice.

On Tue, Aug 31, 2021 at 12:56 PM Amanda R. Hanson <ahanson@winnerfirm.com> wrote:

> Autumn,
>
> Please see the attached which was also mailed and faxed to your office.
>
> If you have any questions or concerns, please let us know. Thanks so much.



**Amanda Hanson**
Paralegal
1117 South Rancho Drive
Las Vegas, NV 89102
PHONE (702) 243-7000 | FAX (702) 243-7059
ahanson@winnerfirm.com
www.winnerfirm.com

**CONFIDENTIALITY NOTICE:** THIS EMAIL TRANSMISSION IS ATTORNEY CLIENT, ATTORNEY WORK PRODUCT, DISSEMINATED AND/OR PROVIDED IN CONTEMPLATION OF POTENTIAL OR FUTURE LITIGATION, AND/OR CONFIDENTIAL INFORMATION THAT IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL(S) OR ENTIT(IES) NAMED ABOVE. IF YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE DELETE THIS TRANSMISSION AND IMMEDIATELY NOTIFY THE SENDER OF THIS ERROR.